**VENABLE LLP**
BELINDA M. VEGA (California SBN 208236)
*bmvega@venable.com*
JONATHAN L. KO (California SBN 321827)
*jlko@venable.com*
MATTHEW L. RABER (California SBN 360339)
*mlraber@venable.com*
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
Telephone: 310.229.9900
Facsimile: 310.229.9901

*Attorneys for Plaintiff JOSEPH EMMANUEL GAXIOLA*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

JOSEPH EMMANUEL GAXIOLA,

Plaintiff,

v.

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION; SALINAS VALLEY STATE PRISON; and PLEASANT VALLEY STATE PRISON,

Defendants.

Case No. 3:23-cv-02196-WHO

**DECLARATION OF JONATHAN L. KO IN SUPPORT OF PLAINTIFF'S SUPPLEMENTAL BRIEFING**

*[Filed concurrently with Plaintiff's Supplemental Briefing In Opposition to Motion for Summary Judgment]*

Judge: Hon. William H. Orrick
Hearing Date: December 22, 2025
Complaint Filed: May 5, 2023

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310.229.9900

**DECLARATION OF JONATHAN L. KO**

I, Jonathan L. Ko, declare as follows:

1. I am an associate at the law firm of Venable LLP, counsel of record for Plaintiff Joseph Emmanuel Gaxiola ("Plaintiff"). I submit this declaration in support of Plaintiff's Supplemental Briefing In Opposition to Motion for Summary Judgment. I have personal knowledge of the facts set forth in this declaration and if called as a witness, I could and would competently testify to them.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Complaint from *Rucker v. Trent et al*, No. 4:11-cv-04312 (N.D. Cal.).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 8, 2026, at Los Angeles, California.

*/s/ Jonathan L. Ko*
Jonathan L. Ko

# EXHIBIT 1

E-filing

ORIGINAL

new 555

FILED
2011 AUG 31 A 11:26
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

Name Rucker VINCENT TYRONE
(Last) (First) (Initial)

Prisoner Number AD 1966

Institutional Address CTF-Z-Wing-115 up

P.o.Box 689, Soledad, CA. 93960

PJH

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Vincent Tyrone, Rucker<br>(Enter the full name of the plaintiff in this action) | Case No. CV 11 4312 (PR)<br>(To be provided by the clerk of court) |
| vs. | |
| J. Trent, (PA)<br>m. Sepulveda, m.D.<br>(Enter the full name of the defendant(s) in this action) | COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C § 1983<br><br>( X ) DEMAND FOR JURY TRIAL<br>( __ ) NO JURY TRIAL DEMAND<br>(check one only) |

All questions on this complaint form must be answered in order for your action to proceed.

I. Exhaustion of Administrative Remedies

**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.

A. Place of present confinement CTF-Central, Soledad State Prison

B. Is there a grievance procedure in this institution?
YES ( X ) NO ( )

C. Did you present the facts in your complaint for review through the grievance procedure? YES (X) NO ( )

D. If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

1. Informal appeal CTF-11-00261

2. First formal level 02/10/2011

Accommodation for lower bunk was Denied

3. Second formal level 02/18/2011

Accommodation, was Further Denied

4. Third formal level march 29, 2011

Submitted for Director's Level of Review, Denied.

E. Is the last level to which you appealed the highest level of appeal available to you? YES (X) NO ( )

F. If you did not present your claim for review through the grievance procedure, explain why. N/A

II. Parties

Write your name and your present address. Do the same for additional plaintiffs, if any.

A. Vincent Tyrone. Rucker, #CDC NO. AD1966
CTF-Z-Wing-115 up
P.O. Box 689, Soledad, CA. 93960

Write the full name of each defendant, his or her official position, and his or her place of employment.

B. J. Trent, (PA); m. Sepulveda, M.D.
CTF-Soledad Central, State Prison

III. Statement of Claim

State here as briefly as possible the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

It was stated That, on February 10, 2010, Trent, Physician Assistant (PA), evaluated The appellant for his issues on Appeal. And determined he experiences physical Limitation of the upper extremity, but maintains Sufficient mobility and physical ability to maintain unimpeded access to programs. Appellant States, This is not True.

It was further stated, by M. Sepulveda, M.D. was assigned appeal At the second Level of Review (SLR). As stated: Documentation indicates That appellant had been advised at The FLR that his request for a lower bunk accommodation was denied. Petitioner, do not argee with them, Said reason, appellent has bullets in his left arm and lower back, That still move around. And he has Sharp Pains all the time which makes it very difficult to access an upper bunk. And has slipped Several times while Climbing up on Top, to try and go to sleep.

IV. Relief

Your complaint cannot go forward unless you request specific relief. State briefly exactly what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

I need the Honorable Court, and Judge thereof, to order CTF. To Accommodate me, And advising CTF, To stop ordering me to climb up on an upper bunk, when I cannot, without suffering with these Pains all the time. Petitioner Request an order to show Cause, Thank you, Honorable Judge.

DATED: 08-25-2011 Vincent T. Rucker
(Plaintiff's signature)

---

**VERIFICATION**
(optional)

I am the plaintiff in the above-entitled action. I have read the foregoing complaint and know the contents thereof. The same is true of my own knowledge, except as to those matters which are therein alleged on information and belief, and as to those matters, I believe it to be true. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 8-25-2011 Vincent T. Rucker
(Plaintiff's signature)

---

**JURY TRIAL DEMAND**
(optional)

I demand a jury trial for all claims for which a jury trial is

allowed.

YES (X) NO ( ) (check one only)

Dated: 8-25-2011 Vincent T. Rucker
(Plaintiff's signature)

(rev. 11/98)

ORIGINAL

**PROOF OF SERVICE BY MAIL**
**BY PERSON IN STATE CUSTODY**
(C.C.P. §§ 1013(A), 2015,5)

I, Vincent Tyrone, Rucker, declare:

I am over 18 years of age and I am party to this action. I am a resident of CORRECTIONAL TRAINING FACILITY prison, in the County of Monterrey, State of California. My prison address is:

CTF-Central, CDCR #: AD1966
CORRECTIONAL TRAINING FACILITY
P.O. BOX 689, CELL #: Z-Wing-115 up
SOLEDAD, CA 93960-0689.

On 8-25 -2011, I served the attached:

Civil Right Act, 42 U.S.C. § 1983, A Complaint against CTF-medical Service and Request an Order to Show Cause.

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope (verified by prison staff), with postage thereon fully paid, in the United States Mail in a deposit box so provided at the above-named institution in which I am presently confined. The envelope was addressed as follows: U.S. District Court For The Northern District
U.S. Courthouse
450 Golden Gate Ave.
SAN FRANCISCO, CA. 94102-3483

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on 8-25 2011.

Vincent T. Rucker
Vincent T. Rucker
Declarant